JAMES M. BUTLER v. THE BOARD. OF COMMISSIONERS OF
THE TOWN OF KEYPORT.

Argued June 12, 1899—Decided November 13, 1899.

A contemplated street opening having been in part defeated by the suc-
cessful prosecution of a *certiorari* by a party whose land was to be
taken in the opening—*Held,* that an assessment for benefits made
against another landowner upon the basis that the opening would be
fully carried out, should be set aside.

On *certiorari.*

Before Justices DIXON and COLLINS.

For the prosecutor, *Charles L. Corbin.*

For the defendant, *Frank P. McDermott.*

The opinion of the court was delivered by

DIXON, J. On August 5th, 1898, the commissioners of
the town of Keyport adopted an ordinance authorizing the
extension, widening and opening of Mott street, and at the
same time confirmed the award for damages and assessments
for benefits previously made by commissioners of assessment
because of the proposed improvement. Among the assess-
ments was one of $50 against the prosecutor.

In the widening of the street thus contemplated, a strip of
land two hundred feet long and thirty-five feet wide, belong-
ing to the Freehold and Atlantic Highlands Railroad Com-
pany, was to be taken ; but on a *certiorari* prosecuted by that
company, this court, in November, 1898, set aside the muni-
cipal proceedings so far as they affected the company's land.
Subsequently the present prosecutor sued out the writ now
under consideration.

Manifestly, the improvement for which the prosecutor was
assessed cannot be carried out, and thus he is deprived of

that which was to be the legal equivalent of the charge imposed upon him. For that reason the assessment against him should be set aside.

Long before the prosecutor instituted his suit, he had notice that the town was likely to pay the awards made for land required for the improvement, and the town did pay many of them. Under these circumstances we think he should be precluded, as a taxpayer, from questioning the legality of the proceedings by which the lands were condemned.

The assessment against the prosecutor is set aside, with costs.